# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| CHRIS GRIFFIN, derivatively on behalf of GREAT LAKES DREDGE & DOCK CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN W. BERGER, WILLIAM S. STECKEL, BRUCE BIEMECK, CARL A. ALBERT, NATHAN D. LEIGHT, DOUGLAS B. MACKIE, PETER R. DEUTSCH, JASON G. WEISS and STEPHEN H. BITTEL, <br><br> Defendants, <br><br> and <br><br> GREAT LAKES DREDGE & DOCK CORPORATION, <br><br> Nominal Defendant. | Civil Action No. 1:13-cv-04907 <br><br> Hon. Manish S. Shah |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, all parties have agreed to a settlement resolving this action (the "Settlement");

WHEREAS the Settlement is documented in a Stipulation dated April 29, 2015, and filed in *Hammoud v. Berger, et al.*, Civil Action No. 13-CH-001110 (DuPage Cty. Ch. Ct.) (the "State Action");

WHEREAS, this Court's May 7, 2015, Minute Entry instructed the parties to file a stipulation of dismissal of this action following the entry of an order in the State Action finalizing the Settlement;

WHEREAS, on August 7, 2015, a Final Order and Judgment was entered in the State Action (attached as Exhibit A), which, among other things, found that the was Settlement fair, reasonable, and adequate; found that notice of the Settlement was adequate and satisfied statutory and constitutional requirements; approved the fee award provided in the Stipulation; dismissed the State Action with prejudice; and finally approved the Settlement in all respects.

NOW, THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and join in respectfully requesting this Court order that this action be dismissed in its entirety and with prejudice.

Dated: August 18, 2015

AGREED:

*/s/ Matthew T. Hurst* (with permission)

Matthew T. Hurst
SUSMAN HEFFNER & HURST LLP
30 North LaSalle Street, 12th Floor
Chicago, Illinois 60603
T: (312) 346-3466
F: (312) 346-2829
Email: mhurst@shhllp.com

Brett D. Stecker
Jeffrey J. Ciarlanto
Christopher L. Nelson
THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
T: (610) 225-2677
F: (610) 408-8062

*Attorneys for Plaintiff*

SO ORDERED.

*/s/ Walter C. Carlson*

Walter C. Carlson (No. 3122257)
Hille R. Sheppard (No. 6226077)
John M. Skakun III (No. 6297636)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
wcarlson@sidley.com
hsheppard@sidley.com
jskakun@sidley.com

*Attorneys for Defendants*

_____
Hon. Manish S. Shah

2